UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN KETNER,                      )
                                  )
       Plaintiff,                 )
                                  )
v.                                )     CV424-042
                                  )
WESTERN POWER SPORTS, INC.,       )
                                  )
       Defendant.                 )

## ORDER

Having fully considered the parties' proposed protocol governing the discovery of electronically stored information ("ESI") and for good cause shown, the Court **GRANTS** the parties' Joint Motion and Stipulation for ESI Protocol, doc. 27, subject to the following modifications:

(1) The Court and its authorized personnel are not parties to the agreement and are not bound by its terms; and

(2) Nothing in this Order shall be construed as relieving any party from its obligation to comply with the undersigned's Standard Procedures for Discovery Disputes and Settlement Conferences; and

(3) Nothing in this Order shall be construed as relieving any party from its obligation to comply with Rule 34 of the Federal Rules of Civil Procedure.

The parties' agreed-upon ESI Protocol is as follows:

**Sources:** The parties agree to undertake reasonable efforts to collect relevant emails (from the custodians identified below) and electronic files from computers and/or accessible drives. Defendant also agrees to produce (and has produced) information from its Enterprise Resource Planning ("ERP") system related to the mirrors at issue.

**Custodians:** Plaintiff agrees to undertake reasonable efforts to collect documents from the following custodian: John Ketner. Defendant agrees to undertake reasonable efforts to collect documents from the following custodians: Krys Brown, Gunnar Heinemeyer, Chris Walin, and Ronnie Wehr.

**Search Terms:** Defendant agrees to the following search terms for emails:

- "chrome dome" or "chromedome"
- "ketner"
- "flaming skull"
- "skull mirror"
- "820-0830"
- "820-0831"
- "820-0832"
- "820-0833"
- "1122593"
- "1231168"

Plaintiff agrees to conduct a reasonable search of his emails relevant to the claims and defenses in this action and responsive to Defendant's discovery requests.

**Time Frame:** Plaintiff agrees to collect and produce (and has produced) electronic documents related to the origin of the alleged copyrighted design (alleged to be circa 2015), and the parties otherwise agree to produce electronic documents created January 1, 2019, through the date of custodian's collection.

**Format:** The parties will preliminarily accept productions in accordance with industry standards[1] or in searchable PDF format (so long as original metadata is retained and documents are separated and organized in accordance with parent-child relationships). Native files (e.g., Excel spreadsheets and the like) will be produced in their native format.

**Unforeseen Issues:** The parties agree to meet and confer in good faith to address any issues identified during discovery and requests for additional ESI discovery. If the issue cannot be resolved, the parties will follow the Court's procedures for raising the issue.

**SO ORDERED**, this 21st day of June, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] For example: TIFF image with database load files (.DAT files), image load files (.OPT files), and, if applicable, corresponding document-level text (.TXT) file with full text that is extracted from the electronic file. In the case of email, the corresponding text file may include header information including: (1) the individual to whom the communication was directed ("To"), (2) the author of the email communication ("From"), (3) who was copied and blind copied on such email ("CC" and "BCC"), (4) the subject line of the email ("Subject"), (5) the date/time of the email (typically the "Sent Date/Time"). The following metadata fields may be produced: ProdBegNo, ProdEndNo, ProdBegAttach, ProdEndAttach, PageCount, Custodian, File Type, Original Folder Path, MD5HASH, Date Sent, Date Received, Date Created, Date Last Modified, Email Subject, Email To, Email From, Email CC, Email BCC, File Name, Title, Document Subject, Author, Document Extension, TextPath, and NativeFile.

So moved and stipulated:

Dated: June 20, 2024 /s/Kyle R. Kroll

Arthur J. Park
Georgia Bar No. 227992
MOZLEY, FINLAYSON & LOGGINS, LLP
1050 Crown Pointe Parkway
Suite 1500
Atlanta, GA 30338
Telephone: 404-256-0700
Facsimile: 404-250-9355
apark@mfllaw.com

--and--

Kyle R. Kroll (admitted *pro hac vice*)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
(612) 604-6400
kkroll@winthrop.com

*Counsel for Defendant
Western Power Sports, LLC*

Dated: June 20, 2024 /s/Gail Podolsky

Gail Podolsky
Georgia Bar No. 142021
PODOLSKY LAW LLC
1372 Peachtree Street NE, Suite 100
Atlanta, Georgia  30309
(404) 282-7776
gail@podolsky-law.com

*Counsel for Plaintiff John Ketner*

4